## SECOND DEPARTMENT, MAY TERM, 1889.

Keyes and another, Appellants. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Flora E. Graves, Respondent, v. Frederick L. Santway, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Sarah S. Chellis, Respondent, v. John B Chapman, Appellant.—Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Clara B. Cox, Respondent, v. William T. Cox, Appellant. — Allowance of $150 stricken out of order and judgment, and order and judgment, as so modified, affirmed, with costs. Opinion by Hardin, P. J.

William M. Bently, Appellant, v. The Owego Mutual Benefit Association, Respondent. — Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Martin, J.

Burton W. Atwater, Respondent, v. The Town of Veteran, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

In the Matter of the Probate of the Will of James D. White, Deceased. — Decree of the surrogate of Madison county affirmed, with costs. Opinion by Merwin, J.

Mary A. Underwood and another, Respondents, v. Harriet S. Curtiss and others, as Executrices, Appellants, Impleaded, etc. — Judgment reversed, with costs, and the demurrer sustained, with costs, with leave to the plaintiffs to amend their complaint within twenty days upon payment of the costs of the demurrer and of this appeal. Opinion by Hardin, P. J.

Hannah J. Stebbins, Respondent, v. The Village of Oneida, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; Martin, J., not sitting.

Josephine E. Stowell, Respondent, v. The American Co-operative Relief Association, Appellant. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Charles F. Brown, as Administrator, etc., Respondent, v. Simeon Klock, Appellant. — Judgment affirmed, with costs. Opinion by Merwin, J.

Joseph M. Fugit, Respondent, v. Shuler D. Becker, Appellant. — Judgment of the County Court of Oswego county affirmed, with costs.

The Wilber National Bank of Oneonta, Respondent, v. Orlando Westcott, Appellant. — Judgment affirmed, with costs.

John A. O'Reilly, Appellant, v. The Corporation of the London Assurance, Respondent. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Thomas Coolidge, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

Elliott Martin, Respondent, v. Zelotus J. Wood, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

John P. Douglass, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company. Appellant. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Matthias H. Arnot and others, as Surviving Partners, Plaintiffs, v. Henry W. Sage, Defendant.

Same v. Same. — Judgment affirmed, with costs on the opinion of the referee.

Jane A. Sherman, Respondent, v. Thomas P. Sherman, Appellant. — Motion denied, with costs.

Jacob Reals v. The First Presbyterian Society.— Motion granted.

In the Matter of the Application of the People's Railroad Company of Syracuse. — Motion granted.

Emer Smith v. Lida Wood. — Motion granted.

In the Matter of the Proceedings to disbar William Youmans. — Reference ordered (see order filed with the clerk of Broome county).

Lydia E. Keyes, Appellant, v. Chester C. Wright, Respondent. — Appeal dismissed, with ten dollars costs and disbursements

Byron H. Garland, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant.

Garrison v. Same.

Davis v. Same.—Orders affirmed, with ten dollars costs in one case and disbursements.

Jacob Deach, Respondent v. William H. Perry, Appellant. — Order reversed, with ten dollars costs and disbursements.

O. Brown Milligan, Respondent, v. Malcom McNaught, Appellant. — Judgment of the County Court of Delaware county affirmed, with costs.

Warren Newton, Appellant, v. George I. Seney, Respondent.— Judgment reversed, with costs, and the demurrer overruled, with costs, with leave to answer upon payment of the costs of the demurrer and of the appeal.

Jacob Amos, Respondent, v. George H. Greenway, an Habitual Drunkard, by Horace P. Hall, his Committee, Appellant. — Order reversed, with ten dollars costs and disbursements.

The Ohio Grindstone Company, Appellant, v. Porter S. Huntley and Henry H. Babcock, Respondents.—Judgment affirmed, with costs.

Charles Sawyer and another, Respondents, v. Jacob Crouse, Appellant, Impleaded, etc. — Judgment affirmed, with costs.

Robert Gere Bank, Respondent, v. Horace Inman, Appellant, Impleaded, etc.—Judgment affirmed, with costs.

Joseph P. Lawton, Appellant, v. Harvey A. Anthony, Respondent, Impleaded, etc —Judgment of the County Court of Jefferson county reversed and the judgment of the Justice's Court affirmed, with costs.

Spencer Wheeler, Respondent, v. James Hazelett, Appellant. — Order affirmed, with ten dollars costs and disbursements.

## SECOND DEPARTMENT, MAY TERM, 1889.

Lucien B. Terry and another, Respondents, v. Henry Bange, Appellant. — Order affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York, Respondent, v. Anton Nowak, Appellant. — Judgment of County Court and of justice reversed. Opinion by Barnard, P. J.

Warren Chapin v. James M. Fitzgerald. — Judgment affirmed, with costs. Opinion by Pratt, J.

James Bigler v. The New York and South Brooklyn Ferry Company. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Mary E. Briggs v. John R. D Angus. — Judgment modified by deducting rent of Franklin

avenue house prior to February 1, 1878. Opinion by Pratt, J.; Barnard, P. J., not sitting.

David T. Bayliss v. Austin Roe. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Phebe A. Smith, Appellant, v. John McArthur, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Isabella Cuming v. The Brooklyn City Railroad Company. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Nelson Goetschius v. John E. Hunt. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Richard Murray v. Allison M. Archer. — Judgment affirmed, with costs. Opinion by Pratt, J.

52h 613
64ad160